```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 08102
   JOSEPH MANISCALCO
   MILDRED MANISCALCO                         CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2818    SSN XXX-XX-8219

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 07/10/2006 and was confirmed 08/30/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  45.00%.

     The case was paid in full 01/28/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
ABN AMRO MORTGAGE          CURRENT MORTG        .00           .00           .00
ECAST SETTLEMENT CORP      SECURED          500.00          6.55        500.00
ECAST SETTLEMENT CORP      UNSECURED       1381.84           .00        621.83
ECAST SETTLEMENT CORP      SECURED             .00           .00           .00
ECAST SETTLEMENT CORP      UNSECURED       3280.79           .00       1476.36
RESURGENT CAPITAL SERVIC   UNSECURED       8200.21           .00       3690.09
RESURGENT CAPITAL SERVIC   UNSECURED       2277.27           .00       1024.77
B-REAL LLC                 UNSECURED       5563.12           .00       2503.40
DISCOVER FINANCIAL SERVI   UNSECURED       3493.97           .00       1572.29
FINGERHUT CREDIT ADVANTA   UNSECURED        707.91           .00        318.56
THE HOME DEPOT             UNSECURED      NOT FILED          .00           .00
THE HOME DEPOT             UNSECURED      NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED        582.91           .00        262.31
HSBC BANK                  UNSECURED      NOT FILED          .00           .00
ECAST SETTLEMENT CORP      UNSECURED       1772.00           .00        797.40
KOHLS                      UNSECURED        807.87           .00        363.54
ECAST SETTLEMENT CORP      UNSECURED       6073.80           .00       2733.21
RESURGENT CAPITAL SERVIC   UNSECURED       4882.52           .00       2197.13
LVNV FUNDING LLC           UNSECURED      21076.41           .00       9484.38
ECAST SETTLEMENT CORP      UNSECURED       5097.97           .00       2294.09
ECAST SETTLEMENT CORP      UNSECURED        706.52           .00        317.93
STUART B HANDELMAN         DEBTOR ATTY         .00                         .00
TOM VAUGHN                 TRUSTEE                                    1,983.26
DEBTOR REFUND              REFUND                                     1,300.57

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               33,447.67

PRIORITY                                        .00

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 08102 JOSEPH MANISCALCO & MILDRED MANISCALCO
```

```
SECURED                                                       500.00
    INTEREST                                                    6.55
UNSECURED                                                  29,657.29
ADMINISTRATIVE                                                   .00
TRUSTEE COMPENSATION                                        1,983.26
DEBTOR REFUND                                               1,300.57
                                     ---------------    ---------------
TOTALS                                     33,447.67          33,447.67
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 05/27/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE